NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1192

FRED L. COLLINS

VERSUS

MARILYN NUGENT COLLINS

**********
APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 195,203
HONORABLE HARRY FRED RANDOW, DISTRICT JUDGE
**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of Ulysses G. Thibodeaux, Chief Judge, John D. Saunders, and Arthur J. Planchard, Jr.,[*] Judges.

AFFIRMED.

Michael Hathorn Davis
Davis & Saybe
P. O. Box 12180
Alexandria, LA 71315-2180
(318) 445-3621
Counsel for: Plaintiff/Appellant
        Fred L. Collins

Edward Alan Kaplan
Attorney at Law
P. O. Box 12386
Alexandria, LA 71315
(318) 448-0831
Counsel for: Defendant/Appellee
        Marilyn Nugent Collins

---

[*] Judge Arthur J. Planchard, Jr., Retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge *Pro Tempore*.